## 11702.  MORAN *v.* THE STATE.

BROYLES, C. J.  The evidence amply authorized the verdict, and none of the special grounds of the motion for a new trial requires a reversal of the judgment below.

    *Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 9, 1920.  REHEARING DENIED DECEMBER 15, 1920.

Conviction of shooting at another; from Crawford superior court — Judge Mathews.  June 16. 1920.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles E. Garrett, solicitor-general,* contra.